UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JENNIFER LYNN FALTINOWSKI,

    Plaintiff,

v.                                                      CASE NO. 3:20cv5819-MCR-MJF

ANDREW M. SAUL,

    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 7, 2021. ECF No. 15. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Remand, ECF No. 14, is **GRANTED**.

3. This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) to conduct proceedings in accordance with this order and the magistrate judge's report and recommendation.

4. The clerk shall enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and shall administratively close this file.

**DONE AND ORDERED** this 10th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**