UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JENNIFER LYNN FALTINOWSKI,

    Plaintiff,

v.                                        Case No.  3:20-cv-5819-MCR-MJF

KILOLO KIJAKAZI,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 20, 2021.  (ECF No. 19).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There are no objections.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The Petition for Attorney Fees under the Equal Access to Justice Act (Doc. 18) is **GRANTED**.

3.  Plaintiff shall recover costs in the amount of $400, and attorney fees of $815.10 for time expended by her counsel in representing her before the United States District Court for the Northern District of Florida. The fee award is subject to an offset to satisfy any qualifying debt that Plaintiff owes to the United States.

4.  If Plaintiff receives all or any portion of the EAJA fee award, Defendant shall mail it to Plaintiff in care of her attorney, Erik W. Berger, 3744 Dupont Station Court South, Jacksonville, Florida 32217.

**DONE AND ORDERED** this 27th day of September 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**