**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JENNIFER LYNN FALTINOWSKI,**

**Plaintiff,**

**v.** **Case No. 3:20cv5819-MCR/MJF**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendants.**
____________________________________/

**ORDER**

The Magistrate Judge issued a Report and Recommendation on July 30, 2026. ECF No. 23. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 23, is adopted and incorporated by reference in this order.

2. The motion for attorney's fees under 42 U.S.C. § 406(b), ECF No. 22, is **GRANTED**.

3. The Commissioner of Social Security must promptly pay the attorney's fee of $4,290.00 to Plaintiff's counsel, Eric W. Berger.

**DONE AND ORDERED** this 6th day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**